UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO: 3:15-cv-176

| | |
|---|---|
| Antonio Stukes,<br><br>         Plaintiff,<br><br>v.<br><br>Debra Antney, *individually* and as *Owner/Member/Manager/CEO* of Mizay Entertainment Inc.; Mizay Music Group LLC; Be100 America, LLC; Be100 Radio LLC; Daganda Entertainment LLC; Mizay Publishing LLC; and Mizay Management LLC, **Mizay Entertainment Inc., Mizay Music Group LLC, Be100 America, LLC, Be100 Radio LLC, Daganda Entertainment LLC, Mizay Publishing LLC, and Mizay Management LLC,**<br><br>         Defendants. | <u>JUDGMENT</u> |

THIS MATTER is before the Court on Plaintiff Antonio Stukes Motion for Default Judgment against All Defendants (Doc. No. 28). A hearing was held on October 19, 2015. Plaintiff was represented by attorneys Mathew E. Flatow and Adam M. Seifer of SeiferFlatow, PLLC in Charlotte, North Carolina. Defendant Debra Antney, in her individual capacity, appeared before the Court and was represented by Jaime T. Halscott of Appeals Law Group in Orlando, Florida. The Corporate Defendants were unrepresented and did not appear for the hearing. After examination of the evidence submitted by Plaintiff in this matter, the record of this matter as a whole and oral arguments by Counsel for Plaintiff and Defendant Debra Antney, the Court GRANTS Plaintiff's Motion for Default Judgment against All Defendants (Doc. No. 28).

1

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Plaintiff, Antonio Stukes, recover of the Defendants, jointly and severally, Compensatory Damages in the amount of **$322,898.45** for the principle balance of Plaintiff's North Carolina Judgment against Defendant Mizay Entertainment, inclusive of interest at the legal rate of 8% calculated as of October 19, 2015; attorney fees in the amount of **$24,005.61** as supported by Affidavits of Counsel; and Costs in the amount **$986.58** as supported by Affidavit of Counsel.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that Plaintiff, Antonio Stukes, recover of Defendant Debra Antney, in her individual capacity, Punitive Damages in the amount of **$322,898.45**. As noted in open court, the Court specifically makes the finding that Defendant Debra Antney engaged in Fraud, and therefore, this Judgment is not dischargeable in any legal proceeding, bankruptcy or otherwise. Furthermore, because of an administrative oversight by the Court,[1] Plaintiff should not be harmed by the Court's slight delay in entering this Order. THEREFORE, it is ORDERED that this JUDGMENT be effective **nunc pro tunc to October 20, 2015.**

IT IS FINALLY ORDERED, ADJUDGED, and DECREED that the entire amount of this Judgment is subject to interest at the legal rate of 8% as of October 19, 2015, and ongoing until the judgment is satisfied in full.

IT IS SO ORDERED.

Signed: November 30, 2015

Frank D. Whitney
Chief United States District Judge

---

[1] The Court notes that following its oral ruling at the hearing on October 19, 2015, the Court directed Plaintiff's counsel to submit a proposed judgment. Plaintiff promptly submitted the proposed judgment the following day (October 20, 2015); however, the Court inadvertently overlooked the filing. On November 30, 2015, the Court telephoned counsel to inquire as to the status of the proposed judgment and only then discovered that Plaintiff's counsel had already submitted the document. Counsel resubmitted its proposed judgment to Chambers, and this judgment promptly issued.