Adam M. Seifer *Senior Partner*
Mathew E. Flatow *Managing Partner*
V. James Filliben, III *Partner*
Ryan P. Ames *Associate*
Dominique "Missy" Koch *Associate*
Wesley J. Rainer *Associate*
Destin C. Hall *Of Counsel*
LICENSED IN NORTH CAROLINA



SeiferFlatow, PLLC
2319 Crescent Ave Charlotte, NC 28207
ATTORNEYS AT LAW

Phone: 704.512.0606
Fax: 704.314.0677
www.seiferflatowlaw.com

November 24, 2015

Sent via email: pmegaro@appealslawgroup.com
Mr. Patrick Megaro
Mr. Jamie T. Halscott.
Appeals Law Group
33 East Robinson Street, Suite 210
Orlando, Florida 32801

RE: *Antonio Stukes v. DEBRA ANTNEY, individually and as Owner/Member/ Manager/CEO of Mizay Entertainment Inc.; Mizay Music Group LLC; Be100 America, LLC; Be100 Radio LLC; Daganda Entertainment LLC; Mizay Publishing LLC; and Mizay Management LLC;*
United States District Court; W.D.N.C. Civil Action No. 3:15-cv-176

Dear Counsel:

On October 22, 2015, you were served with *Plaintiff's First Set of Interrogatories and Request for Production of Documents In Aid of Execution To Defendant Debra Antney, Individually*. By my calculation, these responses were due on or before Monday, November 23, 2015. To date, we have not received Defendant Antney's responses. In the event that the responses have already been placed in the mail, please accept my apologies. Otherwise, please advise as to when we can expect to receive Ms. Antney's discovery responses.

Thank you for your time and attention in this matter. Please contact my office with any questions or concerns.

Sincerely,

*Mathew E. Flatow*

Mathew E. Flatow
mathew@seiferflatow.com

MEF/vgm

PLAINTIFF'S EXHIBIT NO. B