# Vanessa McCarty

**From:** Mathew Flatow
**Sent:** Monday, November 30, 2015 12:59 PM
**To:** Patricia Armenteros
**Cc:** Vanessa McCarty
**Subject:** Re: Antonio Stukes v. Debra Antney 3:15-CV-176
**Attachments:** image001.png; image003.jpg

I would not oppose.

Mathew E. Flatow
Managing Partner
SeiferFlatow, PLLC
2319 Crescent Avenue
Charlotte, North Carolina 28207
Phone: 704 512-0606
Fax: 704 314-0677

mathew@seiferflatow.com
www.seiferflatowlaw.com

------------------------------

CONFIDENTIALITY

The information contained in this transmission is privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone or by replying to this email and delete all copies of this message and all attachments.

On Nov 30, 2015, at 12:49 PM, Patricia Armenteros <parmenteros@halscottmegaro.com> wrote:

> Dear Mr. Flatow,
>
> My name is Patricia Armenteros, assistant to attorney Patrick Megaro and Jaime Halscott. Mr. Halscott has asked me to email you and see if you opposed to an extension of time to answer the first set of interrogatories. I know that it was due las week, but we recently got a hold of Ms. Antney and she is having some difficulty understanding some of the questions. We are in the process of reviewing the interrogatories with her and get these answer, but we need more time to put them together. Would you oppose to a 30 day extension?
>
> Thanks.
>
> Sincerely,



1
Case 3:15-cv-00176-FDW-DSC   Document 47-3   Filed 05/12/16   Page 1 of 2

Patricia Armenteros
*Legal Assistant*

Appeals Law Group
33 E. Robinson St., Suite 220, Orlando, FL 32801
Tel: (407) 255-2165 | Fax: (855) 224-1671
parmenteros@AppealsLawGroup.com



<image002.jpg>

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately if you have received this e-mail by mistake and delete this e-mail from your system. Our company accepts no liability for the content of this email, or for the consequences of any actions taken on the basis of the information provided, unless that information is subsequently confirmed in writing. Any views or opinions presented in this email are solely those of the author and do not necessarily represent those of the company. Finally, the recipient should check this email and any attachments for the presence of viruses. The company accepts no liability for any damage caused by any virus transmitted by this email.
Appeals Law Group, 33 E. Robinson St., Suite 220, Orlando, FL 32801 http://www.AppealsLawGroup.com