**Vanessa McCarty**

**From:** Patrick Megaro <pmegaro@halscottmegaro.com>
**Sent:** Tuesday, December 29, 2015 5:03 PM
**To:** Vanessa McCarty; Jaime Halscott
**Cc:** Mathew Flatow; Patricia Armenteros
**Subject:** RE: Antonio Stukes v. Debra Antney 3:15-CV-176

I received it

**From:** Vanessa McCarty [mailto:Vanessa@seiferflatow.com]
**Sent:** Tuesday, December 29, 2015 5:02 PM
**To:** Jaime Halscott <jhalscott@halscottmegaro.com>; Patrick Megaro <pmegaro@halscottmegaro.com>
**Cc:** Mathew Flatow <Mathew@seiferflatow.com>; Patricia Armenteros <parmenteros@halscottmegaro.com>
**Subject:** FW: Antonio Stukes v. Debra Antney 3:15-CV-176

Counsel,

Please see the attached. I received an "undeliverable, email address could not be found" error when attempting to email your appealslawgroup.com email addresses.

Please contact our office with any questions or concerns.

Thanks,

Vanessa

**From:** Vanessa McCarty
**Sent:** Tuesday, December 29, 2015 4:07 PM
**To:** 'jhalscott@appealslawgroup.com'; pmegaro@appealslawgroup.com
**Cc:** parmenteros@halscottmegaro.com; Mathew Flatow
**Subject:** Antonio Stukes v. Debra Antney 3:15-CV-176

Counsel,

Please see the attached correspondence regarding the above mentioned case. Please contact our office with any questions or concerns.

Thank you.

---

Vanessa McCarty
Paralegal
SeiferFlatow, PLLC
2319 Crescent Avenue
Charlotte, NC 28207
Phone: 704-512-0606
Fax: 704-314-0677

Vanessa@seiferflatow.com



1
Case 3:15-cv-00176-FDW-DSC   Document 47-5   Filed 05/12/16   Page 1 of