Adam M. Seifer *Senior Partner*
Mathew E. Flatow *Managing Partner*
V. James Filliben, III *Partner*
Ryan P. Ames *Associate*
Dominique "Missy" Koch *Associate*
Wesley J. Rainer *Associate*
Destin C. Hall *Of Counsel*
LICENSED IN NORTH CAROLINA



SeiferFlatow, PLLC
2319 Crescent Ave Charlotte, NC 28207
ATTORNEYS AT LAW
Phone: 704.512.0606
Fax: 704.314.0677
www.seiferflatowlaw.com

January 7, 2016

**Sent via email: pmegaro@halscottmegaro.com**
**jhalscott@ halscottmegaro.com**
Mr. Patrick Megaro
Mr. Jamie T. Halscott.
Appeals Law Group
33 East Robinson Street, Suite 210
Orlando, Florida 32801

RE: *Antonio Stukes v. DEBRA ANTNEY, individually and as Owner/Member/Manager/CEO of Mizay Entertainment Inc.; Mizay Music Group LLC; Be100 America, LLC; Be100 Radio LLC; Daganda Entertainment LLC; Mizay Publishing LLC; and Mizay Management LLC;*
United States District Court; W.D.N.C. Civil Action No. 3:15-cv-176

Dear Counsel:

On October 22, 2015, you were served with *Plaintiff's First Set of Interrogatories and Request for Production of Documents In Aid of Execution To Defendant Debra Antney, Individually*. I did grant a 30 day extension; however, to date, we have not received Defendant Antney's responses. Further, I did not receive any response to my letter of December 29, 2015 to indicate the status of Ms. Antney's responses.

Pursuant to Rule 37 of the Federal Rules of Civil Procedure, please allow this letter to serve as formal notice of my second request to confer regarding the outstanding discovery. Please contact my office within five business days to discuss.

Thank you for your time and prompt attention in this matter. Please contact my office with any questions or concerns.

Sincerely,

Mathew E. Flatow
mathew@seiferflatow.com

MEF/vgm



PLAINTIFF'S EXHIBIT NO. F