**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO: 3:15-cv-176-FDW-DSC**

| | |
|---|---|
| **Antonio Stukes,** | |
| **Plaintiff,** | |
| **v.** | |
| **Debra Antney,** *individually* and as *Owner/Member/Manager/CEO* of Mizay Entertainment Inc.; Mizay Music Group LLC; Be100 America, LLC; Be100 Radio LLC; Daganda Entertainment LLC; Mizay Publishing LLC; and Mizay Management LLC**,** | **ORDER** |
| **Mizay Entertainment Inc.,** | |
| **Mizay Music Group LLC,** | |
| **Be100 America, LLC,** | |
| **Be100 Radio LLC,** | |
| **Daganda Entertainment LLC,** | |
| **Mizay Publishing LLC,** | |
| **and** | |
| **Mizay Management LLC,** | |
| **Defendants.** | |

     **THIS MATTER** is before the Court on Plaintiff Antonio Stukes' Motion to Compel Discovery in Aid of Execution (Doc. No. 46).  After examination of the evidence submitted by Plaintiff in this matter, the record in this matter as a whole, and the briefs submitted by Counsel, the Court **GRANTS** Plaintiff's Motion to Compel Discovery in Aid of Execution (Doc. No.46).

**IT IS HEREBY ORDERED** that Defendant Debra Antney shall respond, fully and in writing, without objection, to *Plaintiff's First Set of Interrogatories and Request for Production of Documents in Aid of Execution to Defendant Debra Antney, Individually,* within ten (10) days of this Order;

**IT IS FURTHER ORDERED** that Defendant Debra Antney produce any new, relevant, and useful information with said discovery responses; information that is materially new and different from information already provided to Plaintiff in prior discovery requests;

**IT IS FURTHER ORDERED** that Defendant Debra Antney's objections to *Plaintiff's First Set of Interrogatories and Request for Production of Documents in Aid of Execution to Defendant Debra Antney, Individually* are deemed **WAIVED** for failure to respond in a timely manner, pursuant to Fed. R. Civ. P 33(b)(4);

**IT IS FURTHER ORDERED** that Plaintiff is awarded attorney's fees and costs incurred in prosecuting this Motion. Plaintiff's counsel shall submit an affidavit of attorneys' fees and other costs within fourteen days of this Order.

**SO ORDERED**.

Signed: June 6, 2016

David S. Cayer
United States Magistrate Judge