IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO: 3:15-cv-176

Antonio Stukes,

                    Plaintiff,

v.

**Debra Antney,** *individually* and as *Owner/Member/Manager/CEO* of Mizay Entertainment Inc.; Mizay Music Group LLC; Be100 America, LLC; Be100 Radio LLC; Daganda Entertainment LLC; Mizay Publishing LLC; and Mizay Management LLC,

**Mizay Entertainment Inc.,**

**Mizay Music Group LLC,**

**Be100 America, LLC,**

**Be100 Radio LLC,**

**Daganda Entertainment LLC,**

**Mizay Publishing LLC,**

and

**Mizay Management LLC,**

                    Defendants.

**AFFIDAVIT OF AMOUNT DUE & OWING**

I, Mathew E. Flatow, being duly sworn, being competent to testify and having personal knowledge of the matters stated herein, says and alleges as follows:

    1.    I am an attorney of record for the Plaintiff, Antonio Stukes in the above referenced case.

2. On June 6, 2016, United States Magistrate Judge David S. Cayer entered an Order granting Plaintiff's Motion to Compel Discovery in Aid of Execution (Doc. No. 46) and awarding attorneys' fees and costs incurred in prosecuting said motion.

3. I expended a total of 7 hours in the above referenced case associated with bringing the Motion to Compel Discovery in Aid of Execution and preparing the supporting Memorandum (Doc. No. 47). An itemized statement of time spent is as follows:

   a. 11/24/15 – Letter to opposing counsel regarding overdue discovery responses. – .25 hours.

   b. 11/30/15 – Receive, review, and return email correspondence from opposing counsel regarding overdue discovery responses. – .25 hours.

   c. 12/29/15 – Letter to opposing counsel regarding overdue discovery responses. – .25 hours.

   d. 1/7/16 – Letter to opposing counsel regarding formal notice of request to confer on overdue discovery responses. – .25 hours.

   e. 1/12/16 – Phone conference with opposing counsel regarding overdue discovery responses. – .25 hours.

   f. 4/4/16 – Letter to opposing counsel regarding request to confer to discuss overdue discovery responses within five days. – .25 hours.

   g. 5/11/16 – Draft and gather exhibits for Plaintiff's Motion to Compel Discovery in Aid of Execution and supporting Memorandum. – 5 hours.

   h. 5/12/16 – Draft Proposed Order for Plaintiff's Motion to Compel Discovery in Aid of Execution. – .5 hours.

4. The value of my legal services rendered in regards to the Motion to Compel Discovery in Aid of Execution is $1,750.00 (7 hours at the rate of $250.00).

5. I declare under penalty of perjury under the laws of the State of North Carolina that the foregoing is true and correct.

By: _____
Mathew E. Flatow

Mecklenburg County, North Carolina

Signed and sworn to before me this day by **Mathew E. Flatow**
(name of principal)
Date: **June 14, 2016** **Vanessa M. McCarty**
NOTARY PUBLIC
(Official seal)   My Commission Expires: **February 6, 2018**.



Vanessa G McCarty
Notary Public
Mecklenburg County
North Carolina
My Commission Expires 2/6/2018