# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO: 3:15-cv-176-FDW-DSC

| | |
|---|---|
| Antonio Stukes,<br><br>                                     **Plaintiff,**<br><br>v.<br><br>**Debra Antney,** *individually* and as *Owner/Member/Manager/CEO* of Mizay Entertainment Inc.; Mizay Music Group LLC; Be100 America, LLC; Be100 Radio LLC; Daganda Entertainment LLC; Mizay Publishing LLC; and Mizay Management LLC**,**<br><br>**Mizay Entertainment Inc.,**<br><br>**Mizay Music Group LLC,**<br><br>**Be100 America, LLC,**<br><br>**Be100 Radio LLC,**<br><br>**Daganda Entertainment LLC,**<br><br>**Mizay Publishing LLC,**<br><br>**and**<br><br>**Mizay Management LLC,**<br><br>                                       **Defendants.** | <br><br><br><br><br><br><br><br><br><br>**<u>ORDER</u>** |

**THIS MATTER** is before the Court following its June 6, 2016 "Order," (document #48). The Court ordered Defendant Debra Antney to pay Plaintiff the reasonable attorneys' fees and costs incurred in obtaining that Order and directed that such amounts would be determined by the Court following review of an affidavit submitted by Plaintiff's counsel. Plaintiff's "Affidavit of Amount Due & Owing" (document #49) was filed on June 14, 2016. The Court has carefully reviewed the

1

Affidavit and **ORDERS** that reasonable attorneys' fees and costs be allowed in the amount of $1,750.00.

**NOW IT IS HEREBY ORDERED** that:

1. On or before July 16, 2016, Defendant Debra Antney shall pay directly to Plaintiff's counsel the sum of $1,750.00 representing the reasonable attorneys' fees and costs incurred in filing Plaintiff's "Motion to Compel Discovery in Aid of Execution" (document #46) and obtaining the Order (document #48).

2. The Clerk shall send copies of this Order to the parties' counsel, <u>and to the Honorable Frank D. Whitney</u>.

**SO ORDERED**.

Signed: June 16, 2016

David S. Cayer
United States Magistrate Judge