UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cv-00176-FDW-DSC

| | |
|---|---|
| Antonio Stukes, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>Debra Antney, individually and as )<br>Owner/Member/Manager/CEO of Mizay )<br>Entertainment Inc.; Mizay Music Group )<br>LLC; Be100 America, LLC; Be100 Radio )<br>LLC; Daganda Entertainment LLC; Mizay )<br>Publishing LLC; and Mizay Management )<br>LLC, Mizay Entertainment Inc., Mizay )<br>Music Group LLC, Be100 America, LLC, )<br>Be100 Radio LLC, Daganda Entertainment )<br>LLC, Mizay Publishing LLC, and )<br>Mizay Management LLC, )<br>)<br>Defendants. ) | ORDER TO SHOW CAUSE and<br>NOTICE OF HEARING |

THIS MATTER is before the Court on Plaintiff's Motion for Order to Show Cause (Doc. No. 51). For the reasons stated in that motion, it is GRANTED.

IT IS THEREFORE OREDERED that Defendant Debra Antney and <u>both</u> counsel of record (Patrick Michael Megaro and Jaime T. Halscott)[1] shall *personally* appear before the undersigned on Thursday, June 30, 2016, at 3:30 p.m. in Courtroom #1-1 of the Charles R. Jonas Federal Building, 401 West Trade Street, Charlotte, North Carolina, 28202. Ms. Antney, Mr. Megaro, and Mr. Halscott shall appear to show cause why they should not be held in contempt for failure to comply with this Court's June 6, 2016, Order (Doc. No. 48).

---

[1] Because Mr. Halscott has been admitted pro hac vice in this matter, the Court orders that the attorney admitted to practice in North Carolina, Mr. Megaro, also appear at the hearing. The Court routinely requires local counsel to appear at all hearings alongside the attorneys admitted pro hac vice, and this case is no exception, particularly in light of the allegations concerning the failure to comply with the Court's orders.

IT IS ALSO ORDERED that Defendant and her counsel shall bring to the hearing all responsive documents and full written responses without objection to Plaintiff's Discovery Requests, as ordered in the June 6 Order. Even if Defendant and her counsel comply with the June 6 Order prior to the hearing noticed above, they nonetheless must personally appear before the undersigned on June 30 to respond to the show cause order.

IT IS ALSO ORDERED that Defendant shall bring to the hearing a certified check made payable to SeiferFlatow, PLLC, to cover the full amount of any outstanding attorneys' fees already awarded in this matter.

Finally, Defendant and her counsel are herby cautioned that failure to comply with this Order will result in the immediate issuance of a bench warrant from the Court.

IT IS SO ORDERED.

Signed: June 22, 2016

Frank D. Whitney
Chief United States District Judge