UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cv-00176-FDW-DSC

| | |
|---|---|
| Antonio Stukes,<br><br>    Plaintiff,<br>v.<br><br>Debra Antney, individually and as Owner/Member/Manager/CEO of Mizay Entertainment Inc.; Mizay Music Group LLC; Be100 America, LLC; Be100 Radio LLC; Daganda Entertainment LLC; Mizay Publishing LLC; and Mizay Management LLC, Mizay Entertainment Inc., Mizay Music Group LLC, Be100 America, LLC, Be100 Radio LLC, Daganda Entertainment LLC, Mizay Publishing LLC, and Mizay Management LLC,<br><br>    Defendants. | ORDER |

**THIS MATTER** is before the Court *sua sponte* following the continuation of oral hearings regarding the Court's Order to Show Cause. (Doc. No. 53). On June 30, 2016, the Court issued a Bench Warrant for the arrest of Patrick Michael Megaro for failure to appear and for non-compliance with the Court's orders. (Doc. No. 54). For the reasons stated in open court, the Bench Warrant (Doc. No. 54) is hereby VACATED.

**IT IS SO ORDERED.**

Signed: July 1, 2016

_____
Frank D. Whitney
Chief United States District Judge

1