UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:15-cv-00176-FDW-DSC

| | |
|---|---|
| Antonio Stukes,<br><br>    Plaintiff,<br>v.<br><br>Debra Antney, individually and as Owner/Member/Manager/CEO of Mizay Entertainment Inc.; Mizay Music Group LLC; Be100 America, LLC; Be100 Radio LLC; Daganda Entertainment LLC; Mizay Publishing LLC; and Mizay Management LLC, Mizay Entertainment Inc., Mizay Music Group LLC, Be100 America, LLC, Be100 Radio LLC, Daganda Entertainment LLC, Mizay Publishing LLC, and Mizay Management LLC,<br><br>    Defendants. | ORDER |

**THIS MATTER** is before the Court following oral hearings on Plaintiff's Motion to Compel Discovery in Aid of Execution (Doc. No. 46) and Motion for an Order to Show Cause (Doc. No. 51). For the reasons stated in open court, the Court hereby orders:

1. Defendant Debra Antney shall tender to Plaintiff's counsel to hold in trust certified funds in the amount of seven-hundred twelve-thousand six-hundred ninety dollars and forty-four cents ($712,690.44). Defendant shall tender this amount, **in full**, no later than **Sunday, July 31, 2016**. **Defendant is cautioned that failure to comply with this Order may result in the imposition of further sanctions, fines, or other measures including a finding of contempt.**

2. Plaintiff is awarded attorney fees for expenditures related to the hearings conducted on June 30, 2016 and July 1, 2016. The attorney fee award shall be paid in full no later

1

than **Sunday, July 31, 2016**. This amount shall be paid one half by Defendant Debra Antney, individually, and one half from Defendants' Counsel of record Jaime T. Halscott and Patrick Michael Megaro, collectively.

**IT IS SO ORDERED.**

Signed: July 1, 2016

Frank D. Whitney
Chief United States District Judge